[No. 33869-6-II. Division Two. September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. RODNEY STEVEN MITUNIEWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01656-6, James E. Rulli, J., entered September 19, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 23953-5-III. Division Three. September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. D'ANGELIA L. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 04-1-00456-1, Lesley A. Allan, J., entered March 28, 2005. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 23966-7-III. Division Three. September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. NORMAN EDDIE COX, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-02518-5, Jerome J. Leveque, J., entered March 2, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kato, J.

[No. 24064-9-III. Division Three. September 12, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. PERRY T. ASHELMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-04131-8, Linda G. Tompkins, J., entered April 25, 2005. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Kato, JJ.